UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAQUANA TERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:13-cv-04035-B |
| SSM HOLDINGS, LLC | § | |
| d/b/a ONTRONICS, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND TO DISMISS CLAIMS WITH PREJUDUCE

On this day, the Court considered the Parties' Joint Motion to Approve Settlement and to Dismiss Claims with Prejudice and, having considered the Motion, the pleadings and the settlement agreement attached to the Motion, the Court finds that *bona fide* disputes of law and facts exist between the Parties, that the terms of the settlement are fair and equitable and constitutes a reasonable resolution of the claims, including the bona fide dispute over provisions of the Fair Labor Standards Act and that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the settlement reached by the Parties, as evidenced by the Settlement Agreement signed by the parties and approved by their counsels of record is hereby approved for all purposes.

IT IS FURTHER ORDERED that this action be dismissed with prejudice, it its entirety, and that each party bear her/its own attorney's fees and costs pursuant to the Settlement Agreement.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the settlement agreement until December 15, 2014.

<206>
<177><206>
<206>SO ORDERED, on this 8th day of July, 2014.


IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_____/s/ Vijay Pattisapu_____
Vijay A. Pattisapu
Texas State Bar No. 24083633
Charles L. Scalise
Texas State Bar No. 24064621
Daniel Ross
Texas State Bar No. 00789810
Ross Law Group, P.C.
540 E. Pleasant Run Road
DeSoto, Texas 75115
Tel. No. (800) 634-8042
Fax No. (835) 867-4455
vijay@rosslawgroup.com
ATTORNEY FOR PLAINTIFF


_____/s/ Ray Singh_____
Ray R Singh
Texas State Bar No. 18434900
100 North Central Expressway
Suite 901
Richardson, Texas 75080
Tel. No. (972) 492-4028
Fax No. (972) 492-0216
rsinghesq@aol.com

ATTORNEY FOR DEFENDANT
SSM HOLDINGS, LLC